# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**PAUL CRAVER**

     vs.                                   **CASE NUMBER: 1:08-cv-620 (DEP)**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the defendant's motion for judgment on the pleadings is GRANTED. Commissioner's determination that plaintiff was not disabled at the relevant times, and thus is not entitled to benefits under the Social Security Act is AFFIRMED. Plaintiff's Complaint is hereby dismissed in its entirety.

All of the above pursuant to the Order of the Honorable Judge David E. Peebles, dated the 2nd day of March, 2009.

DATED: March 2, 2009

                                                                  *Lawrence K. Baerman*
                                                                   Clerk of Court

                                                                   s/ _____
                                                                   Melissa Ennis
                                                                   Deputy Clerk